IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JULIA GUTIERREZ,

     Plaintiff,

v.                                     No. 1:25-cv-01203-MIS-LF

DESIGN SOLUTIONS DIRECT LLC
et al.,

     Defendants.

### <u>ORDER GRANTING MOTION FOR PRO SE ELECTRONIC FILING</u>

THIS MATTER is before the Court on the motion of pro se plaintiff, Julia Gutierrez, for leave to file documents electronically via the Case Management/Electronic Case Files (CM/ECF) system. Doc. 22. Ms. Gutierrez also "unequivocally consents to receive service of all pleadings, motions, notices, orders, and other documents from the Court and from all parties in this action through the Court's CM/ECF system." *Id.* at 3. Ms. Gutierrez indicated that she was unable to ascertain Defendants' position on the motion. *Id.* at 2. Defendants did not file a response to the motion. *See* D.N.M.LR-Civ. 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."). The Court will therefore grant the motion and permit Ms. Gutierrez to file documents in this matter electronically.

The Court will revoke permission to file electronically if Plaintiff abuses her electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only

grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant.  *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).  Plaintiff may contact the Court with question regarding registering to become a participant by calling (505) 348-2075 or by emailing cmecf@nmd.uscourts.gov.

IT IS SO ORDERED.

Laura Fashing
United States Magistrate Judge

2